UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:02-mj-00289-GGH |
| Plaintiff, | ) ) | MOTION TO DISMISS AND RECALL WARRANT |
| v. | ) ) | |
| MICHAEL E. ZITO II, | ) ) | |
| Defendant. | ) ) ) | |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:02-mj-00289-GGH is GRANTED.

    It is further ordered that the no bail warrant issued May 4, 2004, is recalled.

    IT IS SO ORDERED.

Dated: July 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND RECALL WARRANT      1      U.S. v. MICHAEL E. ZITO II